UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **PATSY BROWN, ET AL** | **CASE NO. 6:22-CV-05190** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S DEPT OF HEALTH & HUMAN SERVICES, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst's for Report and Recommendation for dismissal. After an independent review of the record, noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 46] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED that consistent with the REPORT AND RECOMMENDATION, Defendant's oral MOTION TO DISMISS FOR FAILURE TO PROSECUTE [45] is GRANTED and Plaintiffs' claims are hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 16th day of May 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE